AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**

10/29/2025

Clerk, U.S. District Court
Western District of Texas

By: _____ *AQ* _____
Deputy

USA

§
§ CRIMINAL COMPLAINT
vs. §
§ CASE NUMBER: **EP:25-M -06020(1)  LE**
§

**(1) ANTONIO AROLDO GUILLEN-PEREZ**

§
§

       I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2025** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title _____**8**_____ United States Code, Section(s) _____**1326**_____

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and  "*Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/S/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

October 29, 2025
File Date

at   EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:07 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -06020(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ANTONIO AROLDO GUILLEN-PEREZ**

*FACTS   (CONTINUED)*

557.

The DEFENDANT, Antonio Aroldo GUILLEN-Perez, an alien to the United States and a citizen of GUATEMALA was found approximately 1.9 miles west of the Fort Hancock Port of Entry in Fort Hancock, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of GUATEMALA, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to GUATEMALA on 02/17/2025 through ALEXANDRIA, LA.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

**The DEFENDANT has been removed 1 time, the last one being to GUATEMALA on February 17, 2025, through ALEXANDRIA, LA**

CRIMINAL HISTORY:

**03/19/2018, MANATEE COUNTY, FL, RESISTING OBSTRUCTING OR OPPOSING AN OFFICER(M), CNV, $215 COURT COST, $25 FINE.**
**04/18/2019, MANATEE COUNTY, FL, POSSESSION OF DRUG PARAPHERNALIA(M), CNV, PROBATION 6 MONTHS, $236.60 COURT COST, $72.50 FINE.**
**08/15/2022, MANATEE COUNTY, FL, BATTERY DOMESTIC VIOLENCE(M), CNV, 6 MONTHS JAIL, $570 COURT COST, $25 FINE.**
**08/15/2022, MANATEE COUNTY, FL, OPERATE MOTOR VEHICLE W/O VALID LIC 1ST CONV(M), CNV, UNKNOWN.**
**02/06/2023, MANATEE COUNTY, FL, BURTLARY TO AN UNOCCUPIED STRUCTURE(F), CNV, 11 MONTHS / 29 DAYS JAIL, 36 MONTHS PROBATION, $413.85 COURT COST, $1112.81 REST.**
**02/06/2023, MANATEE COUNTY, FL, POSSESSION OF DRUG PARAPHERNALIA(M), CNV, COURT COST $14.**
**02/06/2023, MANATEE COUNTY, FL, OPERATE MOTOR VEHICLE W/O VALID LICNSE(M), CNV, UNKNOWN.**